Paul M. Levine (007202)
Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Greenbelt Property Management, L.L.C., Residential Asset Management, L.L.C., Americhoice Realty, L.L.C., RAM Residential I, LLC, RAM Residential II, LCC, RAM Residential III, LLC, RAM Residential IV, LLC, Arizona Residential Property Purchasers, L.L.C., Arizona Residential Property Purchasers II, L.L.C., Arizona Residential Property Purchasers III, L.L.C., RAM Residential Equities I, LLC, | Chapter 11 |
| | Case No. 07-00821-RTB |
| | Case No. 07-00790-RTB |
| | Case No. 07-00814-RTB |
| | Case No. 07-00816-RTB |
| | Case No. 07-00817-RTB |
| Debtor(s). | Case No. 07-00818-RTB |
| Deutsche Bank National Trust, its successors and/or assigns, | Case No. 07-00819-RTB |
| | Case No. 07-00820-RTB |
| Movant, | Case No. 07-00823-RTB |
| v. | Case No. 07-00824-RTB |
| Greenbelt Property Management, L.L.C., Residential Asset Management, L.L.C., Americhoice Realty, L.L.C., RAM Residential I, LLC, RAM Residential II, LCC, RAM Residential III, LLC, RAM Residential IV, LLC, Arizona Residential Property Purchasers, L.L.C., Arizona Residential Property Purchasers II, L.L.C., Arizona Residential Property Purchasers III, L.L.C., RAM Residential Equities I, LLC, Debtor(s), | Case No. 07-00855-RTB |
| | **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES** |
| Respondents. | |

| | |
|---|---|
| 1 | **NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from |
| 2 | the Automatic Stay, the details of which are as follows: |
| 3 | Movant has requested termination of the stay in that Debtor/Debtors is/are in default on a |
| 4 | lien secured by real property described as follows: 626 East Judi Drive, Casa Grande, AZ 85222 |
| 5 | **FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001, if no |
| 6 | written objection is filed with the Court and a copy served on Movant, whose address is: |

        Paul M. Levine, Esq.
        **McCarthy ◆ Holthus ◆ Levine**
        3636 North Central Avenue
        Suite 1050
        Phoenix, AZ  85012

**WITHIN FIFTEEN (15) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. **See Exhibit "1".**

DATED: July 7, 2008.

                              **McCarthy ◆ Holthus ◆ Levine**

                              By: /s/ Matthew A. Silverman, Esq.
                              Paul M. Levine
                              Matthew A. Silverman
                              3636 North Central Avenue
                              Suite 1050
                              Phoenix, AZ  85012
                              Attorneys for Movant

| | |
|---|---|
| 1 | On July 7, 2008, I served the foregoing documents described as **NOTICE OF FILING** |
| 2 | **MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF** |
| 3 | **POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof |
| 4 | in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage |
| 5 | paid, addressed as follows: |

On July 7, 2008, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR(S)
Herbert Schenck
4742 N. 24th St, Suite 100
Phoenix, AZ 85016

DEBTOR(S)
Arizona Residential Property Purchasers, L.L.C
5050 N. 8TH Place, Suite 6
Phoenix, AZ 85014

U.S. TRUSTEE
Office of the US Trustee
230 North First Avenue, Suite 204
PHOENIX, AZ 85003

COUNSEL FOR US TRUSTEE
Larry Lee Watson
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

JUNIOR LIEN
Specialized
PO Box 650305
Dallas, TX 95265-0305

SPECIAL NOTICE
Randy Nussbaum, Esq.
14500 N. Northsight Blvd., Suite 116
Scottsdale, AZ 85260

Josephine Piriano
Pite Duncan, LLP
525 East Main Street
PO Box 12289
El Cajon, CA 92022-2289

| | |
|---|---|
| 1 | Moss Codilis, L.L.P. |
| 2 | Specialized Loan Servicing |
| | 8742 Lucent Blvd Suite 300 |
| 3 | Highlands Ranch, CO 80129 |
| 4 | |
| | 20 LARGEST UNSECURED CREDITORS |
| 5 | Served as per **Exhibit "2"** attached hereto |
| 6 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |

          /s/ Rebekah McKillip
          Rebekah McKillip