Paul M. Levine  (007202)
Matthew A. Silverman  (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorneys for Movant,
Deutsche Bank National Trust, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Greenbelt Property Management, L.L.C., Residential Asset Management, L.L.C., Americhoice Realty, L.L.C., RAM Residential I, LLC, RAM Residential II, LCC, RAM Residential III, LLC, RAM Residential IV, LLC,  Arizona Residential Property Purchasers, L.L.C.,  Arizona Residential Property Purchasers II, L.L.C., Arizona Residential Property Purchasers III, L.L.C., RAM Residential Equities I, LLC, | Chapter  11 |
| | Case No. 07-00821-RTB |
| | Case No. 07-00790-RTB |
| | Case No. 07-00814-RTB |
| | Case No. 07-00816-RTB |
| Debtor(s). | Case No. 07-00817-RTB |
| | Case No. 07-00818-RTB |
| Deutsche Bank National Trust, its successors and/or assigns, | Case No. 07-00819-RTB |
| | Case No. 07-00820-RTB |
| Movant, | Case No. 07-00823-RTB |
| v. | Case No. 07-00824-RTB |
| Greenbelt Property Management, L.L.C., Residential Asset Management, L.L.C., Americhoice Realty, L.L.C., RAM Residential I, LLC, RAM Residential II, LCC, RAM Residential III, LLC, RAM Residential IV, LLC,  Arizona Residential Property Purchasers, L.L.C.,  Arizona Residential Property Purchasers II, L.L.C., Arizona Residential Property Purchasers III, L.L.C., RAM Residential Equities I, LLC, Debtor(s), | Case No. 07-00855-RTB |
| | **ORDER TERMINATING AUTOMATIC STAY** |
| Respondents. | |

Deutsche Bank National Trust, its assignees and/or successors, and its servicing agent IndyMac Bank F.S.B., "Movant", having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 626 East Judi Drive, Casa Grande, AZ 85222, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

HEBERT SCHENK P.C.
4742 N. 24th Street Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@hs-law.com
D. Lamar Hawkins – 013251
E-Mail: mwr@hs-law.com
Mark W. Roth – 010708
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARIZONA RESIDENTIAL PROPERTY PURCHASERS, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:07-bk-00821-GBN<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

Debtor, by and through undersigned counsel, hereby files its List of Creditors Holding 20 Largest Unsecured Claims.

DATED this 28th day of February, 2007.

HEBERT SCHENK P.C.

By: _____
D. Lamar Hawkins
Mark W. Roth
4742 North 24th Street
Phoenix, Arizona 85016
Attorneys for Debtor

COPY of the foregoing mailed, or served
via fax* or electronic notification** if so marked.
this 1 day of ~~February~~ March, 2007, to:

Christine Dior* (514-7270)
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

_____

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re  Arizona Residential Property Purchasers, LLC ,
            Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vansickle c/o Lloyd F. Van Sickle 5626 E. Edgemont Ave Scottsdale, AZ 85257-1026 | | | | 60,576.00 Collateral FMV 56,181.00 |
| Joseph's Appraisal Group 1641 E. Osborn Rd., Ste 8 Phoenix, AZ 85016 | (602) 955-4050 | | | 5,625.00 |
| William A. Swanson 183 Athena Place Fort Mill, SC 29715 | | | | 27,773.00 Collateral FMV 21,416.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vansickle<br>c/o Lloyd F. Van Sickle<br>5626 E. Edgemont Ave<br>Scottsdale, AZ 85257-1026 | | | | 67,747.00<br>Collateral FMV<br>60,602.00 |
| Vansickle<br>c/o Lloyd F. Van Sickle<br>5626 E. Edgemont Ave<br>Scottsdale, AZ 85257-1026 | | | | 61,911.00<br>Collateral FMV<br>54,753.00 |
| Sue Young<br>P O Box 2795<br>Cedar City, UT 84720 | | | | 60,673.00<br>Collateral FMV<br>51,544.00 |
| Don Scott<br>c/o Donald K. Scott<br>P O Box 2697<br>Sequim, WA 98382 | | | | 29,977.00<br>Collateral FMV<br>18,405.00 |
| Bill Archibald<br>1730 S. 80th Street<br>Omaha, NE 68124 | | | | 36,088.00<br>Collateral FMV<br>22,419.00 |
| E. Wallace<br>10515 W. Tropicana Circle<br>Sun City, AZ 85351 | | | | 71,569.00<br>Collateral FMV<br>57,670.00 |
| Bill and Jo Anne Archibald<br>1730 S. 80th Street<br>Omaha, NE 68124 | | | | 36,088.00<br>Collateral FMV<br>21,196.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.0-689 - 30618

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Perlmutter Family Rev. Trust<br>Steven Perlmutter<br>14227 N. 69th Pl.<br>Scottsdale, AZ 85254 | | | | 42,539.00<br>Collateral FMV<br>27,460.00 |
| Steve Vario<br>539 E. Duane Ave.<br>Sunnyvale, CA 94085 | | | | 31,840.00<br>Collateral FMV<br>14,136.00 |
| Steve Boll<br>100 E Hackberry, Lot 131<br>McAllen, TX 78501 | | | | 43,089.00<br>Collateral FMV<br>24,366.00 |
| AFCS-Income Account<br>Attn: Adam Riding<br>4518 N. 32nd Street<br>Phoenix, AZ 85018 | | | | 26,719.00<br>Collateral FMV<br>7,106.00 |
| Vansickle<br>c/o Lloyd F. Van Sickle<br>5626 E. Edgemont Ave<br>Scottsdale, AZ 85257-1026 | | | | 47,931.00<br>Collateral FMV<br>24,532.00 |
| Bradley & Brian Stephens Trust<br>c/o Beverly Stephens<br>PMB 211, 2436 S. I-35E, #376<br>Denton, TX 76205 | | | | 24,936.00<br>Collateral FMV<br>513.00 |
| Tom Janda<br>8503 Oahu Circle<br>Papillon, NE 68046 | | | | 35,819.00 |

Bankruptcy2007 ©1991-2007. New Hope Software, Inc., ver. 4.2.0-689 - 30618

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Sue Young<br>P O Box 2795<br>Cedar City, UT 84720 | | | | 88,424.00<br>Collateral FMV<br>45,795.00 |
| Sue Young<br>P O Box 2795<br>Cedar City, UT 84720 | | | | 133,405.00<br>Collateral FMV<br>85,838.00 |
| Sue Young<br>P O Box 2795<br>Cedar City, UT 84720 | | | | 55,425.00<br>Collateral FMV<br>0.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____

Signature _____
MICHAEL B. ECKERMAN,
Member

Bankruptcy2007 ©1991-2007. New Hope Software, Inc. ver. 4.2.0-689 - 30618