1

# TIFFANY & BOSCO
P.A.

2 **2525 EAST CAMELBACK ROAD**
**SUITE 300**
3 **PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
4 **FACSIMILE: (602) 255-0192**

5
Mark S. Bosco
6 State Bar No. 010167
Leonard J. McDonald
7 State Bar No. 014228
Attorneys for Movant
8
08-18802/1158055546
9

## IN THE UNITED STATES BANKRUPTCY COURT
10

## FOR THE DISTRICT OF ARIZONA
11

12

| | |
|---|---|
| 13 IN RE: | No. 2:07-bk-00821-RTB |
| 14 Arizona Residential Property Purchasers, LLC<br> Debtor. | Chapter 11 |
| 15 ———————————————————<br>Mortgage Electronic Registration Systems, Inc.,<br>16 solely as nominee for America's Servicing<br>Company its successors and/or assigns.<br>17 | MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>2740 Paloma Senda<br>Bullhead City, AZ 86442 |
| 18        Movant,<br>   vs.<br>19<br>20 Arizona Residential Property Purchasers, LLC,<br>Debtor, Office of the US Trustee.<br>21       Respondents. | |

22

23     Movant hereby request an order granting relief from the automatic stay of 11 U.S.C. 362(a), to

24 permit Movant to foreclose the lien of its Mortgage/Deed of Trust on real property owned by the debtors,

25 by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain

26 possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

Dated this 9th day of September, 2008.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
       Mark S. Bosco
       Leonard J. McDonald
       Attorneys for Movant

### MEMORANDUM OF POINTS AND AUTHORITIES

Arizona Residential Property Purchasers, LLC filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code.  (No trustee has been appointed and debtors continue to act as debtors in possession.)

Debtor has an interest in certain real property located in Mohave County, Arizona, more particularly described as:

LOT SEVEN (7), BLOCK FOUR (4), TIERRA GRANDE, TRACT 4023-B, according to the Plat thereof, recorded August 9, 1984, at Fee No. 84-29597, in the office of the County Recorder of Mohave County, Arizona.

A Note was executed which is secured by a Deed of Trust, dated July 12, 2006, recorded in the office of the Mohave County Recorder's Office.  True copy of the Deed of Trust is annexed as Exhibit "A",  respectively, and made a part hereof by this reference.

Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. is a proper party in interest as it is the servicer of the Note and Deed of Trust.  The Mortgage Electronic Registration Systems, Inc. Servicer Identification Number is attached hereto as Exhibit "B".

1      Debtor is in default on the obligation to Movant for which the property is security, and payments are

2 due under the Promissory Note from and after January, 2007.

3      Debtor is in default on his obligation to Movant for which the property is security, and payments

4 are due under the Promissory Note from and after February 27, 2007.  The current default amount is set

5 forth below:

6       15 MONTHLY PAYMENTS  AT $1,137.52        $17,062.80
      (JANAURY 1, 2007- MARCH 31, 2008)

7        6 MONTHLY PAYMENTS AT $1,881.87        $11,291.22
      (APRIL 1, 2008- SEPTEMBER 1, 2008)

8       BANKRUPTCY ATTORNEY FEES & COSTS     $   950.00
      TOTAL AMOUNT OF POST PETITION DEFAULT   $29,304.02

9

10

11      Furthermore, a payment becomes due on October 1, 2008  and on the 1st day of every month

12 thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date

13 the monthly payment is due.

14      Movant is informed and believes and therefore alleges that the Debtor and estate have no equity in

15 the property; that the Property is not necessary to an effective reorganization in light of the amount of equity

16 Movant's lien as well as other liens remaining unpaid on the Property; and that the Property, rents, issues

17 and profits therefrom are burdensome and of inconsequential value to the estate.

18      Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not

19 adequately protected based upon the Debtor's failure to make payments on a timely basis.

20      Debtor is indebted to Mortgage Electronic Registration Systems, Inc., solely as nominee for

21 America's Servicing Company its successors and/or assigns. in the total amount of $156000.0000, plus

22 accruing interest, costs, and attorneys' fees.

### CONCLUSION

23      Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section

24 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as

25 to the debtor, his/her bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of

26

its Deed of Trust or Mortgage; to evict debtor and/or successors of debtor; and to obtain ownership, possession and control of the Property.

DATED this 9th day of September, 2008.

BY   /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant