**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Plaintiff

08-18802/1158055546

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Arizona Residential Property Purchasers, LLC<br>    Debtor.<br>_____<br>Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns.<br><br>    Movant,<br>  vs.<br><br>Arizona Residential Property Purchasers, LLC, Debtor, Office of the US Trustee.<br><br>    Respondents. | No. 2:07-bk-00821-RTB<br><br>Chapter 11<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>2740 Paloma Senda<br>Bullhead City, AZ 86442 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>   Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns.
>   c/o Mark S. Bosco, Esq.
>   2525 East Camelback Road
>   Suite 300
>   Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence.

DATED this 9th day of September, 2008.

>   TIFFANY & BOSCO, P.A.
>
>
>   By /s/ MSB # 010167
>     Mark S. Bosco
>     Leonard J. McDonald
>     Attorneys for Movant

Copy of the foregoing was
mailed this 9th day of September, 2008.

Arizona Residential Property Purchasers, LLC
5050 N. 8th Place
Suite 6
Phoenix, AZ 85014
Debtors

Herbert Schenck
4742 N. 24th St.
Suite 100
Phoenix, AZ 85016
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

| # | |
|---|---|
| 1 | Vansickle |
| 2 | c/o Lloyd F Van Sickle<br>5626 E Edgemont Ave |
| 3 | Scottsdale, AZ 85257-1026 |
| 4 | Joseph's Appraisal<br>1641 E. Osborn Rd., |
| 5 | Ste 8<br>Phoenix, AZ 85016 |
| 6 | |
| 7 | William A. Swanson<br>183 Athena Place |
| 8 | Fort Mill, SC 29715 |
| 9 | Sue Young<br>POBox 2795 |
| 10 | Cedar City, UT 84720 |
| 11 | Donald K. Scott Collateral FMV |
| 12 | POBox 2697 18,405.00<br>Sequim, WA 98382 |
| 13 | |
| 14 | Bill Archibald 1730 S.<br>80th Street Collateral FMV |
| 15 | Omaha, NE 68124 |
| 16 | E. Wallace<br>10515 W. Tropicana Collateral FMV |
| 17 | Sun City, AZ 85351 |
| 18 | Bill and Jo Anne Archibald<br>1730 S. 80th |
| 19 | Omaha, NE 68124 |
| 20 | Perlmutter Family |
| 21 | Steven Perlmutter<br>14227 N. 69th Pl. |
| 22 | Scottsdale, AZ 85254 |
| 23 | Steve Vario<br>539 E. Duane Ave. |
| 24 | Sunnyvale, CA 94085 |
| 25 | Steve Boll |
| 26 | 100 E Hackberry,<br>McAllen, TX 78501 |

AFCS-Income Account
Attn: Adam Riding
.4518 N. 32nd Street
Phoenix, AZ 85018

Bradley & Brian
Stephens Trust
c/o Beverly Stephens
PMB 211, 2436 S.
I-35E #376
Denton, TX 76205

Tom Jana
8503 Oahu Circle
Papillon, NE 68046

Autrey Family Trust
11542 W Pronghirn Ct.
Surprise, AZ 85374

By: <u>Anne Mallette</u>